### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RON PERALTA and JANICE PERALTA,<br><br>      Plaintiffs,<br><br>v.<br><br>KAVANA PARTNERS LLC,<br><br>      Defendant. | Case No. CIV-21-01189-JD |

### **ORDER**

On December 22, 2021, the Court issued an Order for defendant to amend its Notice of Removal to establish jurisdiction, if possible. [Doc. No. 5]. Before the Court is a Notice ("Notice") [Doc. No. 6], in which the defendant does not dispute the local-defendant rule applies and that remand is appropriate.

Under 28 U.S.C. § 1441(b)(2) and defendant's Notice, the Court finds that it lacks removal jurisdiction. Accordingly, the Court REMANDS the action under 28 U.S.C. § 1447(c) to the District Court of Oklahoma County, State of Oklahoma, for further proceedings. Each side shall bear their or its own attorney's fees, costs, and expenses related to the removal and remand.

IT IS SO ORDERED this 6th day of January 2022.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE